FILED

10 AUG 10   AM 10: 16

PK. U.S. DISTRICT C
SOUTHERN DISTRICT OF CALIFORNIA

BY:                          DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 09cv0232-BEN |
|---|---|
| Plaintiff/Respondent, | (07cr1493-BEN) |
| vs. | **ORDER DENYING CERTIFICATE OF APPEALABILITY** |
| FRANCISCO JAVIER HERNANDEZ-GUTIERREZ, | |
| Defendant/Petitioner. | |

Concurrently herewith, the Court entered judgment denying Petitioner's Motion for Time Reduction ("Motion") under 28 U.S.C. § 2255. Effective December 1, 2009, this Court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant. Rule 11 foll. 28 U.S.C. § 2255; 28 U.S.C. § 2253; Fed. R .App. P. 22(b). For the reasons set forth below, the Court **DENIES** certificate of appealability as to all claims asserted by Petitioner in his Motion.

A certificate of appealability ("COA") is authorized "if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C.A. § 2253(c)(2). The applicant must meet the "substantial showing" standard with respect to each issue he or she seeks to raise on appeal. *Lambright v. Stewart*, 220 F.3d 1022, 1024 (9th Cir. 2000). "The issue of whether to grant a COA 'becomes somewhat more complicated where, as here, the district court dismisses the (claims) based on procedural grounds.'" *Lambright v. Stewart*, 220 F.3d 1022, 1026 (9th Cir. 2000), *quoting Slack v. McDaniel*, 529 U.S. 473, 484 (2000). In that situation, this Court "must decide whether 'jurists of

1  reason would find it debatable whether the petition states a valid claim of the denial of a constitutional

2  right'" and "whether 'jurists of reason would find it debatable whether the district court was correct

3  in its procedural ruling.'" *Id.*

4      In this case, the Court finds that reasonable jurists would not find it debatable that Petitioner

5  was denied a constitutional right or that the district court was not correct in its procedural ruling.

6  *Slack*, 529 U.S. at 484; *Lambright*, 220 F.3d at 1026.  Accordingly, the Court hereby **DENIES**

7  certificate of appealability to all claims set forth in Petitioner's Motion.

8      To the extent the Motion was denied on the merits, the Court likewise finds a certificate of

9  appealability is not appropriate.  When claims have been denied on their merits, a petitioner can meet

10  the threshold of "substantial showing of the denial of a constitutional right" by demonstrating that: (1)

11  the issues are debatable among jurists of reason; (2) that a court could resolve the issues in a different

12  manner; or (3) that the questions are adequate to deserve encouragement to proceed further.

13  *Lambright*, 220 F.3d at 1024-25 (9th Cir. 2000), citing *Slack v. McDaniel*, 529 U.S. 473, 484 (2000),

14  and *Barefoot v. Estelle*, 463 U.S. 880, 893 n.4 (1983).  The purpose of this standard is "to promote

15  Congress' intent to 'to prevent frivolous appeals from delaying the States' ability to impose

16  sentences...' while at the same time protecting the right of petitioners to be heard." *Lambright*, 220

17  F.3d at 1025 (citing *Barefoot*, 463 U.S. at 892).

18      In this case, the Court finds that reasonable jurists would not find it debatable that Petitioner

19  was denied a constitutional right, nor could a court resolve the issues in a different manner. *Slack*, 529

20  U.S. at 484; *Lambright*, 220 F.3d at 1026.  Additionally, the questions are not adequate to deserve

21  encouragement to proceed further. (*Id.*) Accordingly, the Court **DENIES** a certificate of appealability

22  as to the merits of Petitioner's ineffective assistance of counsel claim.

23  **IT IS SO ORDERED**.

24  Date: August ___, 2010

Hon. Roger T. Benitez
Judge, United States District Court

09cv0232/ 07cr1493